AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Rodney G. Smith, Executive Director of the
Teamsters Union 25 Health Services and
Insurance Plan

V.

Airborne Express, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12561-GAO

TO: (Name and address of Defendant)

Airborne Express, Inc.
1200 South Pine Island Road
Plantation, Florida

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAR - 4 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>APRIL 5, 2005 at 2:00 p.m. |
| NAME OF SERVER *(PRINT)*<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I SERVED A COPY OF THE SUMMONS, COMPLAINT, AMENDED COMPLAINT AND CIVIL ACTION COVER SHEET UPON THE WITHIN NAMED DEFENDANT BY DELIVERING SAID COPIES TO C.T. CORPORATION SYSTEM, IT'S RESIDENT AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO GINA FOX, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $11.00 | SERVICES $25.00 | TOTAL $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 5, 2005
at 2:00 p.m.
*Date*

*Signature of Server*
BARBARA L. BEDUGNIS, CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.