## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**<br><br>Plaintiff,<br><br>v.<br><br>**DHL AIRBORNE EXPRESS**<br><br>Defendant. | Civil Action No. 04-12561-GAO |

## **LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

The named corporate defendant, DHL Airborne Express, does not exist. In August 2003, Deutsche Post, the owner of DHL Holdings (USA), Inc. ("DHL") and its subsidiaries, purchased, Airborne Express, Inc., and its parent corporations and subsidiaries. Airborne Express, Inc. has now completely merged with DHL and no longer exists as a separate operation nor as a legal entity.

                                                AIRBORNE EXPRESS, INC., ET AL.,
                                                By their attorneys,

                                                /s/ C. Max Perlman_____
                                                C. Max Perlman (BBO # 630395)
                                                SULLIVAN WEINSTEIN & MCQUAY, P.C.
                                                Two Park Plaza
                                                Boston, MA  02116-3902
                                                (617) 348-4300
                                                max@swmlawyers.com

Dated:      December 8, 2005

## **CERTIFICATE OF SERVICE**

I, C. Max Perlman, hereby certify that I served the above document upon counsel for the plaintiff by e-mail and mail this 8th day of December, 2005.

                                                /s/ C. Max Perlman_____
                                                C. Max Perlman