# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DHL EXPRESS (USA) INC.**<br>**Defendant.** | Civil Action No. 04-12561-GAO |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1D of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties hereby certify that they have conferred for the purposes of:

(1)  preparing an agenda of matters to be discussed at the scheduling conference;

(2)  preparing a proposed joint discovery plan and motion schedule;

(3)  considering whether to consent to a trial by magistrate judge.

Undersigned counsel hereby state that they have prepared an agenda for the scheduling conference and have set forth below a joint discovery plan and motion schedule. The parties do not consent to a trial by magistrate judge.

**1.**  The Plaintiff intends to take approximately two (2) depositions.

2.  The Defendant intends to take approximately two (2) depositions.

## JOINT DISCOVERY AND MOTION SCHEDULE

| **Date** | **Activity** |
|---|---|
| December 30, 2005 | All automatic disclosures made |
| April 30, 2006 | Written discovery to be filed and answers/responses are to be filed |

|  |  |
|---|---|
|  | within the time provided by the rules. |
| May 31, 2006 | Depositions to be completed |
| June 14, 2006 | Plaintiff's expert witnesses, if any, to be designated. |
| June 21, 2006 | Defendants' expert witnesses, if any, to be designated. |
| July 31, 2006 | Motion for Judgment on the Pleadings or Summary Judgment to be Filed |
| August 2006 | Opposition to Motion for Judgment on the Pleadings or Summary Judgment to be filed. |
| September 2006 | Reply Memorandum, if any, to be filed |

Pre-trial conference to be scheduled by the Court.

| For the Plaintiff, | For the Defendant, |
|---|---|
| **RODNEY G. SMITH. EXECUTIVE DIRECTOR of TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,** | **DHL EXPRESS (USA) Inc.** |
| By his attorneys, | By its attorneys, |
|  |  |
| /s/ Kathleen A. Pennini | /s/ C. Max Perlman |
| Matthew E. Dwyer (BBO # 139840) | C. Max Perlman (BBO # 630395) |
| Kathleen A. Pennini (BBO # 654573) | Sheryl D. Eisenberg (BBO# 641304) |
| Dwyer, Duddy & Facklam, P.C. | Sullivan, Weinstein and McQuay, |
| Two Center Plaza, Suite 430 | Two Park Plaza |
| Boston, MA  02110 | Boston, MA  02116 |
| (617) 723-9777 | (617) 348-4326 |

f:\l25hsip\dhl airborne connors\pldg\joint.scheduling.memorandum.doc:blg