UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE )<br>DIRECTOR of the TEAMSTERS )<br>UNION 25 HEALTH SERVICES AND )<br>INSURANCE PLAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 04-12561-GAO<br>DHL EXPRESS (USA) INC. )<br>Defendant. )<br>) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby depose and state as follows:

Bradley Paskievitch, in-house legal counsel for the defendant, and C. Max Perlman, attorney for the defendant have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course – and alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

Signed this 6th day of December, 2005 under the pains and penalties of perjury.

_____      _____
C. Max Perlman                                              Bradley Paskievitch