UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA) INC.<br>Defendant. | Civil Action No. 04-12561-GAO |

## ASSENTED-TO MOTION FOR THE RESCHEDULING OF STATUS CONFERENCE

Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, with the assent of the Defendant, DHL Exoress (USA) Inc., by counsel, and pursuant to Local Rule 40.3, hereby request a continuance for the status conference currently scheduled for January 31, 2006, until on or after February 21, 2006. In support of this Motion, the parties state the following:

1. The parties appeared before the Court at a Scheduling Conference on December 8, 2005.

2. At the above-referenced Scheduling Conference, the Court encouraged the parties to engage in settlement discussions due to the small sum at stake in the litigation;

3. The parties are currently engaged in on-going settlement discussions concerning the above-captioned litigation;

4  The parties are optimistic that the settlement discussions will result in a settlement agreement in the near future;

5. This Motion is made in good faith and not for the purpose of obstruction or delay;

WHEREFORE, Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, with the assent of the Defendant, DHL Express (USA) Inc., requests a continuation of the Status Conference until on or after February 21, 2006.

| | |
|---|---|
| For the Plaintiff,<br>**RODNEY G. SMITH. EXECUTIVE DIRECTOR of TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**<br>By his attorneys, | Assented to<br>By the Defendant,<br>**DHL EXPRESS (USA) Inc.**<br>By its attorneys, |
| *Kathleen A. Pennini*<br>Matthew E. Dwyer (BBO # 139840)<br>Kathleen A. Pennini (BBO # 654573)<br>Dwyer, Duddy & Facklam, P.C.<br>Two Center Plaza, Suite 430<br>Boston, MA  02110<br>(617) 723-9777 | *C. Max Perlman (kap)*<br>C. Max Perlman (BBO # 630395)<br>Sheryl D. Eisenberg (BBO# 641304)<br>Sullivan, Weinstein and McQuay,<br>Two Park Plaza<br>Boston, MA  02116<br>(617) 348-4326 |

Date: January 31, 2006

f:\l25hsip\dhl airborne connors\pldg\assentedto.mot.reschedule.conference.doc:blg