UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　　　Plaintiff,<br><br>v.<br><br>DHL AIRBORNE EXPRESS,<br>　　　　Defendant. | Civil Action No. 04-12561- GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to dismissal of this action, with prejudice, and with each party to bear its own costs and attorney's fees.

WITNESS our hands and seals this _16th_ day of _May_, 2006.

For the Plaintiff
TEAMSTERS UNION 25 HEALTH
SERVICES & INSURANCE PLAN
By its attorney,

_Kathleen A. Pennini_
Kathleen Pennini (BBO #654573)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: _April 24, 2006_

For the Defendant
DHL EXPRESS (USA)
By its attorney,

_Sheryl D. Eisenberg_
Sheryl D. Eisenberg (BBO #641304)
Sullivan Weinstein & Mcquay, P.C.
Two Park Plaza, Suite 610
Boston, Massachusetts 02116
(617) 348-4300)

Dated: _May 16, 2006_

4